NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 04-1233 consolidated with CW 04-1202, CW 04-1373, &CW 05-6

TEXACO EXPLORATION AND PRODUCTION, INC.

VERSUS

HILCORP ENERGY COMPANY

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 98-71298-C
HONORABLE J. BYRON HEBERT, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Oswald A. Decuir, Elizabeth A. Pickett, and James T. Genovese, Judges.

WRIT GRANTED IN PART AND MADE PEREMPTORY;
WRIT DENIED IN PART.

John Y. Pearce
Montgomery, Barnette, Brown, Read, Hammond & Mintz
1100 Poydras St., #3200
New Orleans, LA 70163-3200
(504) 585-3200
Counsel for Respondent:
 Jonas Perrin, et al

Warren A. Perrin
Perrin, Landry, deLaunay, Dartez & Ouellet
P. O. Box 53597
Lafayette, LA 70505
(337) 237-8500
Counsel for Respondent:
 Jonas Perrin, et al

Michael M. Caffery
Caffery, Oubre, Campbell & Garrison, LLP
301 E. Kaliste Saloom Rd., #301
Lafayette, LA 70508
(337) 232-6581
Counsel for Applicant:
 Bridgeline Gas Distribution LLC

Stuart Housel Smith
Michael Gregory Stag
Lloyd S. Jolibois, Jr.
Smith Stag, LLC
365 Canal St., #2850
New Orleans, LA 70130
(504) 593-9600
Counsel for Respondent:
 Jonas Perrin, et al

Stephen B. Murray
Arthur M. Murray
Nicole A. Ieyoub
Dominick F. Impastato III
Murray Law Firm
Suite 2550, LL&E Tower
909 Poydras St.
New Orleans, LA 70112-4000
(504) 525-8100
Counsel for Respondent:
 Jonas Perrin, et al

Robert E. Meadows
Carol M. Wood
King & Spalding, LLP
1100 Louisiana, Ste 4000
Houston, TX 77002-5213
(713) 751-3200
Counsel for Respondent:
 Bridgeline Gas Distribution LLC